1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7
8
9
10

ST. PAUL FIRE AND MARINE INSURANCE )
COMPANY, A Minnesota corporation and ST. )
PAUL GUARDIAN INSURANCE COMPANY, a )
Minnesota corporation, )
    )
        Plaintiff, )
    )

NO. C05-0388-TSZ

ADMIRAL INSURANCE COMPANY'S
DISCLOSURE STATEMENT

11

v. )

12
13
14
15
16
17
18

HERBERT CONSTRUCTION, INC., a )
Washington corporation; MEADOW VALLEY, )
LLC, a Washington limited liability company; )
ROGER and SHELLY HEBERT, individually and )
the marital community thereof; HENRY and )
KAREN HEBERT, individually and the marital )
community thereof; ANDRZEJ and ROMA )
LAWSKI, individually and the marital community )
thereof; JAMES and ANNE KOSSERT, )
individually and the marital community thereof; )
and ADMIRAL INSURANCE COMPANY, a )
Delaware corporation, )
    )
        Defendants. )

19
20

ADMIRAL INSURANCE COMPANY, a )
Delaware corporation, )
    )

21

        Third Party Plaintiff, )
    )

22

v. )

23
24
25

SAFECO INSURANCE COMPANY, a )
Washington corporation, AMERICAN )
ECONOMY INSURANCE COMPANY, an )
Indiana corporation, and JOHN DOE )
INSURANCE COMPANIES 1-50, )
    )

26

        Third Party Defendants. )
_____)

1 - ADMIRAL INSURANCE COMPANY'S DISCLOSURE
STATEMENT

**DAVIS ROTHWELL
MULLIN EARLE & XÓCHIHUA P.C.**
BANK OF AMERICA TOWER
701 FIFTH AVENUE, SUITE 2850
SEATTLE, WASHINGTON 98104-7047
(206) 622-2295

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, attorney of record for Defendant Admiral Insurance company, certifies as follows:

J/I Holding Corporation and W.R. Berkley Corporation are parent corporations of Admiral Insurance Company, and have issued shares to the public. Both J/I Holding Corporation and W.R. Berkley Corporation own 10% or more of Admiral Insurance Company's stock.

DATED this 14th day of June, 2005.

          DAVIS ROTHWELL
          MULLIN EARLE & XÓCHIHUA, P.C.

          _____
          Daniel F. Mullin, WSBA #12768
          Tracy A. Duany, WSBA #32287
          Attorneys for Defendant Admiral Insurance Co.

2 - ADMIRAL INSURANCE COMPANY'S DISCLOSURE STATEMENT

DAVIS ROTHWELL
MULLIN EARLE & XÓCHIHUA P.C.
BANK OF AMERICA TOWER
701 FIFTH AVENUE, SUITE 2850
SEATTLE, WASHINGTON 98104-7047
(206) 622-2295

# CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2005, I electronically filed the following:

- Admiral Insurance Company's Disclosure Statement; and
- Certificate of Service

with the Court using the CM/ECF system which will send notification of such filing to the following:

*Attorneys for Hebert Construction, Inc., Meadow Valley, LLC, Roger and Shelly Hebert, Henry and Karen Hebert, Andrzej and Roma Lawski, James and Anne Kossert:*

Scott Fletcher
A. Richard Dykstra
601 Union Street, Suite 3100
Seattle, WA  98101

*Attorneys for St. Paul Fire and Marine Insurance Company and St. Paul Guardian Insurance Company:*

Stephanie Andersen
Daniel L. Syhre
Gordon & Polscer, LLC
1000 Second Avenue, Suite 1500
Seattle, WA  98104

DATED this 14th day of June, 2005.

DAVIS ROTHWELL
MULLIN EARLE & XÓCHIHUA, P.C.

_____
Daniel F. Mullin, WSBA #12768
Tracy A. Duany, WSBA #32287
Attorneys for Defendant Admiral Insurance Co.

3 - ADMIRAL INSURANCE COMPANY'S DISCLOSURE STATEMENT

DAVIS ROTHWELL
MULLIN EARLE & XÓCHIHUA P.C.
BANK OF AMERICA TOWER
701 FIFTH AVENUE, SUITE 2850
SEATTLE, WASHINGTON 98104-7047
(206) 622-2295