05-CV-00388-RPLY

Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation and ST. PAUL GUARDIAN INSURANCE COMPANY, a Minnesota corporation<br><br>Plaintiff,<br>v.<br><br>HEBERT CONSTRUCTION, INC., a corporation; MEADOW VALLEY, LLC, a Washington limited liability company; ROGER and SHELLY HEBERT, individually and the marital community thereof; HENRY and KAREN HEBERT, individually and the marital community thereof; ANDRZEJ and ROMA LAWSKI, individually and marital community thereof; JAMES and ANNE KOSSERT, individually and the marital community thereof; and ADMIRAL INSURANCE COMPANY, a Delaware corporation<br><br>Defendant. | NO. C05-0388TJZ<br><br>**STIPULATION FOR AND ORDER MODIFYING CERTAIN PRETRIAL EVENTS** |

## STIPULATION

The parties hereby stipulate, and jointly request that the court extend the following pretrial deadlines.

---

STIPULATION FOR AND ORDER MODIFYING CERTAIN
PRETRIAL EVENTS C05-0388TJZ - 1

10303-026964  76772

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101-1374
TEL 206.623.9900  FAX 206.624.6885

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Initial (Non-Rebuttal) Expert Disclosures | March 22, 2006 | May 1, 2006 |
| Discovery Cutoff (as to expert depositions only) | May 22, 2006 | June 19, 2006 |

In support of these requested extensions, the parties advise the court as follows:

1. The trial date is September 18, 2006.

2. The cutoff for filing dispositive motions is June 20, 2006.

3. The parties have agreed on Joel Salmi, an attorney with expertise in insurance coverage matters, as mediator. Mediation is set for April 6, 2006.

4. Plaintiffs and Defendants have engaged in two meaningful face-to-face meetings regarding settlement, and expect to exchange additional information regarding their respective positions prior to mediation.

5. Because this insurance coverage case arises from an underlying case that settled shortly before trial, significant investigation and discovery conducted in the underlying case is helpful to the current case. The parties have identified the lay witnesses or categories of witnesses whose depositions will be necessary if the case does not settle at mediation. The period of time between mediation and the discovery cutoff is sufficient for completion of those depositions.

6. The parties wish to defer the expense of consulting with experts in order to prepare expert disclosures, in order to facilitate mediation. If the case does not settle at mediation, the proposed extensions of the deadline to submit expert disclosures and complete depositions of any experts are sufficient.

STIPULATION FOR AND ORDER MODIFYING CERTAIN
PRETRIAL EVENTS C05-0388TJZ - 2

10383-020904 76772

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
801 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

7. If the case does not settle at mediation and the parties file dispositive motions, delaying completion of expert discovery would not impact the normal timetable for completing summary judgment briefing (i.e., the parties do not expect the need to request continuances under Rule 56(f) to obtain deposition testimony in opposition to a summary judgment motion).

**ORDER**

Based upon the stipulation the parties, and good cause appearing, it is so ordered.

DATED this 20th day of March, 2006.

_____
Honorable Thomas S. Zilly
U.S. District Judge

**Stipulated To and Prepared By:**

STAFFORD FREY COOPER

By: /s/ Kenneth F. Hobbs
A. Richard Dykstra, WSBA No. 5114
Kenneth Hobbs, WSBA No. 15309
Attorneys for Hebert Construction, Inc., Meadow Valley, LLC,
Roger and Shelly Hebert, Henry and Karen Hebert, Andrzej and
Roma Lawski, James and Anne Kossert
601 Union Street, Suite 601
Seattle, Washington 98101
Phone: 206.663.9900
Fax: 206.624.6885
Email: khobbs@staffordfrey.com

STIPULATION FOR AND ORDER MODIFYING CERTAIN
PRETRIAL EVENTS C05-0388TJZ - 3

10353-026954  26772

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101-1374
TEL 206.623.9900  FAX 206.624.6885

**Stipulated To and Approved For Entry:**

GORDON & POLSCER

JACKSON & WALLACE

By: ___/s/ per telephonic approval___
Stephanie S. Andersen, WSBA No. 22250
Daniel L. Syhre, WSBA No. 34158
Attorneys for St. Paul Fire and Marine Insurance Company
1000 2nd Ave. Ste. 1500
Seattle, WA 98104
Phone: 206-223-4226
Fax: 206-223-5459
Email: usdc-wd-wa@gordon-polscer.com

By: ___/s/ per telephonic approval___
Daniel F. Mullin, WSBA No. 12768
Tracy A. Duany, WSBA No. 32287
Attorneys for Admiral Insurance Company
701 Fifth Avenue, Suite 2850
Seattle, WA 98104-7047
Phone: 206-386-0214
Fax: 206-386-0216
Email: dfmullin@aol.com

COZEN O'CONNOR

By: ___/s/ per telephonic approval___
William F. Knowles, WSBA No. 17212
Attorney for Third-Party Defendants Safeco Insurance Company and American Economy Insurance Company
1201 Third Ave., Suite 5200
Seattle, WA 98101-3071
Phone: 206-223-4226
Fax: 206-621-8783
Email: WKnowles@Cozen.com

STIPULATION FOR AND ORDER MODIFYING CERTAIN PRETRIAL EVENTS C05-0388TJZ - 4

10383-026984 76772

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101-1374
TEL 206.623.9900 · FAX 206.624.6885

## Certificate of Service

I hereby certify that I electronically filed copy of this document entitled STIPULATION FOR AND ORDER MODIFYING CERTAIN PRETRIAL EVENTS with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals:

Stephanie Andersen
Daniel L. Syhre
GORDON & POLSCER LLC
1000 Second Ave., STE 1500
Seattle, WA 98104
Phone: 206-223-4226
Fax: 206-223-5459
Email: usdc-wd-wa@gordon-polscer.com
*Attorney for Plaintiff*
*St. Paul Fire and Marine Ins. Co.*

Daniel F. Mullin
Tracy A. Duany
JACKSON & WALLACE
701 Fifth Avenue, Suite 2850
Seattle, WA 98104
Phone: 206-386-0214
Fax: 206-386-0216
Email: dfmullin@aol.com
*Attorney for Defendant*
*Admiral Ins. Co.*

William F. Knowles, WSBA #17212
COZEN O'CONNOR
1201 Third Avenue, Suite 5200
Seattle, WA 98101
Phone: 206-340-1000
Fax: 206-621-8783
Email: WKnowles@Cozen.com
*Attorney for Third Party Defendants*
*Safeco Insurance Company and*
*American Economy Insurance Company*

DATED this 13th day of March, 2006, at Seattle, Washington.

/s/ Kenneth F. Hobbs via ECF
Kenneth F. Hobbs, WSBA #15309
Stafford Frey Cooper
601 Union Street, Suite 601
Seattle, Washington 98101
Phone: 206.663.9900
Fax: 206.624.6885
Email: khobbs@staffordfrey.com

STIPULATION FOR AND ORDER MODIFYING CERTAIN
PRETRIAL EVENTS C05-0388TJZ - 5

10383-026954   76772

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885