The Honorable Thomas J. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; and ST. PAUL GUARDIAN INSURANCE COMPANY, a Minnesota corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HEBERT CONSTRUCTION, INC., a corporation; MEADOW VALLEY, LLC, a Washington limited liability company; ROGER and SHELLY HEBERT, individually and the marital community thereof; HENRY and KAREN HEBERT, individually and the marital community thereof; ANDRZEJ and ROMA LAWSKI, individually and marital community thereof; JAMES and ANNE KOSSERT, individually and the marital community thereof; and ADMIRAL INSURANCE COMPANY, a Delaware corporation,<br><br>Defendants. | No. C05-0388TJZ<br><br>HEBERT DEFENDANTS' DISCLOSURE OF EXPERT WITNESSES |

HEBERT DEFENDANTS' DISCLOSURE OF EXPERT WITNESSES - C05-0388TJZ - 1
10383.2y6964 88396

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900   FAX 206.624.6885

ADMIRAL INSURANCE COMPANY, a Delaware corporation,

        Third Party Plaintiff,

   v.

SAFECO INSURANCE COMPANY, a Washington corporation, AMERICAN ECONOMY INSURANCE COMPANY, a Indiana corporation, and JOHN DOE INSURANCE COMPANIES 1-50,

        Third Party Defendants.

Defendants Hebert Construction, Inc., Meadow Valley, LLC, Roger and Shelly Hebert, Henry and Karen Hebert, Andrzej and Roma Lawski, and James and Anne Kossert (collectively the "Hebert Defendants") make the following disclosures regarding expert witnesses pursuant to Fed.R.Civ.Pro. 26(a)(2) and the court's case management order(s). Reports and other materials referred to herein or required to be produced are being served on all parties but are not being filed with the court.

1.    J. Kay Thorne, CPCU
      Thorne Risk Management Consulting, Inc.
      5818 Central Drive
      Mukilteo, WA 98275
      (206) 953-4498

Mr. Thorne's expert opinions relate to the allegations of bad faith the Hebert defendants have asserted against Admiral Insurance Company, as more fully set forth in his report.

2.    Richard Kilpatrick
      Attorney at Law
      9 Lake Bellevue, Suite 210
      Bellevue, WA 98005
      (425) 453-8161

Mr. Kilpatrick's expert opinions relate to the allegations of bad faith the Hebert defendants have asserted against St. Paul Fire & Marine and St. Paul Guardian Insurance Companies, as more fully set forth in his report.

HEBERT DEFENDANTS' DISCLOSURE OF EXPERT WITNESSES - C05-0388TJZ - 2
10383.2y6964 88396

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

3.  Arthur B. Schroeder, P.E., S.E.
    Vice-President, Pacific Engineering Technologies
    1300 Dexter Avenue North, Suite 100
    Seattle, WA 98109
    (206) 281-7500

Mr. Schroeder's expert opinions relate to the extent of repairs required to correct construction defects identified at Meadow Valley Condominiums, including identification of which repairs are necessary to correct resultant damage to tangible physical property. In the underlying construction defect lawsuit, Mr. Schroeder conducted an investigation involving several site visits and testing of building components. He issued several reports summarizing his investigative findings. He developed or participated in one or more sets of specifications describing the scope of repairs he and other consultants identified as necessary for purposes of obtaining cost estimates or bids from repair contractors. His deposition was taken. In addition, Mr. Schroeder is in the process of completing a follow-up investigation to identify or confirm additional resultant property damage, and to update the specifications for a scope of repair accordingly. Mr. Schroeder is expected to issue a supplemental report summarizing the findings of his follow-up investigation.

4.  Peter Saladino
    Vice-President, Charter Construction Company
    980 South Harney Street
    Seattle, WA 98108
    (206) 382-1900

Mr. Saladino's expert opinions relate to the cost of repairs Mr. Schroeder has identified or will identify as necessary to correct construction defects and/or resultant damage to tangible physical property identified at Meadow Valley Condominiums. In the underlying construction defect lawsuit, Mr. Saladino prepared one or more repair cost estimates based on specifications for scope of repair described in reports of Mr. Schroeder and other consultants. His deposition was taken. He provided a declaration in support of reasonableness of the settlement entered into between the Hebert Defendants and Meadow Valley Condominium Owners Association. In addition, Mr. Saladino is coordinating with Mr. Schroeder's follow-up investigation, and he is expected to issue an updated repair cost estimate based on current pricing and Mr. Schroeder's updated specifications for scope of required repairs.

///

///

///

///

///

///

HEBERT DEFENDANTS' DISCLOSURE OF EXPERT
WITNESSES - C05-0388TJZ - 3
10383.2y6964 88396

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

DATED this 1st day of May, 2006.

        STAFFORD FREY COOPER

        By: ___/s/ via ECF_____
         A. Richard Dykstra, WSBA #5114
         Kenneth F. Hobbs, WSBA #15309
         Stephanie L. Grassia, WSBA #34907
         601 Union Street, Suite 3100, Seattle, WA 98101
         Phone: 206-623-9900
         Fax:  206-624-6885
         E-mails: rdykstra@staffordfrey.com
             khobbs@staffordfrey.com
             sgrassia@staffordfrey.com
         Attorneys for Hebert Defendants

HEBERT DEFENDANTS' DISCLOSURE OF EXPERT WITNESSES - C05-0388TJZ - 4
10383.2y6964 88396

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed copy of this document entitled HEBERT DEFENDANTS' DISCLOSURE OF EXPERT WITNESSES with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals:

| | |
|---|---|
| Stephanie Andersen<br>Daniel L. Syhre<br>GORDON & POLSCER LLC<br>1000 Second Ave., STE 1500<br>Seattle, WA 98104<br>Phone: 206-223-4226<br>Fax: 206-223-5459<br>Email: usdc-wd-wa@gordon-polscer.com<br>***Attorney for Plaintiff***<br>***St. Paul Fire and Marine Ins. Co.*** | Daniel F. Mullin<br>Tracy A. Duany<br>JACKSON & WALLACE<br>701 Fifth Avenue, Suite 2850<br>Seattle, WA 98104<br>Phone: 206-386-0214<br>Fax: 206-386-0216<br>Email: dfmullin@aol.com<br>***Attorney for Defendant***<br>***Admiral Ins. Co.*** |

William F. Knowles, WSBA #17212
COZEN O'CONNOR
1201 Third Avenue, Suite 5200
Seattle, WA 98101
Phone: 206-340-1000
Fax: 206-621-8783
WKnowles@Cozen.com
***Attorney for Third Party Defendants***
***Safeco Insurance Company and***
***American Economy Insurance Company***

And I further certify that I have caused to be served via legal messenger a copy of the above-listed document.

DATED this 1st day of May, 2006, at Seattle, Washington.

/s/ Kenneth F. Hobbs via ECF
Kenneth F. Hobbs, WSBA #15309
Stafford Frey Cooper
601 Union Street, Suite 601
Seattle, Washington 98101
Phone: 206.663.9900
Fax: 206.624.6885
Email: khobbs@staffordfrey.com

HEBERT DEFENDANTS' DISCLOSURE OF EXPERT WITNESSES - C05-0388TJZ - 5
10383.2y6964 88396

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885