

05-CV-00388-VRDCT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation and ST. PAUL GUARDIAN INSURANCE COMPANY, a Minnesota corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>HEBERT CONSTRUCTION, INC., a Washington corporation; MEADOW VALLEY, LLC, a Washington limited liability company; ROGER and SHELLY HEBERT, individually and the marital community thereof; HENRY and KAREN HEBERT, individually and the marital community thereof; ANDRZEJ and ROMA LAWSKI, individually and the marital community thereof; JAMES and ANNE KOSSERT, individually and the marital community thereof;<br>        Defendants. | No. C05-388Z<br><br>SPECIAL VERDICT |

We, the jury, answer the questions submitted by the Court as follows:

QUESTION 1: Do you find for the Meadow Valley Defendants on their first claim alleging that St. Paul failed to act in good faith?

ANSWER: __NO__ (Write "yes" or "no")

ORDER - 1

1  (INSTRUCTION: If you answered "yes" to Question 1, please answer Question 2. If
2  you answered "no," proceed to Question 3).

3  QUESTION 2: What is the amount of damage to the Meadow Valley Defendants
4  proximately caused by St. Paul's bad faith?

5  ANSWER: $ _____

6  QUESTION 3: Do you find for the Meadow Valley Defendants on their second claim
7  alleging that St. Paul engaged in an unfair or deceptive act or practice in violation of the
8  Consumer Protection Act?

9  ANSWER:  __NO__  (Write "yes" or "no")

10  (INSTRUCTION: If you answered "yes" to Question 3, please answer Question 4. If
11  you answered "no," proceed to Question 5.)

12  QUESTION 4: What is the amount of damages to the Meadow Valley Defendants
13  proximately caused by St. Paul's unfair or deceptive act or practice?

14  ANSWER $ _____

15  QUESTION 5: What is the amount of "property damage" you find happened to
16  buildings 7, 8, 15 and 16 during the Guardian policy period?

17  ANSWER: $ __322,032.45__

18  QUESTION 6: What amount of "property damage" do you find happened at the
19  Meadow Valley Condominiums between April 15, 2000 and April 15, 2003 during the St.
20  Paul Fire Policy?

21  ANSWER: $ __1,869,198.30__

22

23  DATE: __9/28/06__                    __Stefanie Uhrich__
24                                         PRESIDING JUROR

25

26

ORDER - 2