1

2

3

4

Honorable Thomas S. Zilly

|||||||||||||||||||||||||||||||||||||||||||||||||||||||
|||||||||||||||||||||||||||||||||||||

**05-CR-00388-EXH**

5

6

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

7

8

9

10

ST. PAUL FIRE AND MARINE
INSURANCE COMPANY, a Minnesota
corporation and ST. PAUL GUARDIAN
INSURANCE COMPANY, a Minnesota
corporation

Plaintiff,

v.

11

12

13

14

15

16

17

HEBERT CONSTRUCTION, INC., a
corporation; MEADOW VALLEY, LLC, a
Washington limited liability company;
ROGER and SHELLY HEBERT,
individually and the marital community
thereof; HENRY and KAREN HEBERT,
individually and the marital community
thereof; ANDRZEJ and ROMA LAWSKI,
individually and marital community thereof;
JAMES and ANNE KOSSERT, individually
and the marital community thereof; and
ADMIRAL INSURANCE COMPANY, a
Delaware corporation

Defendant.

NO.  C05-0388TJZ

**FINAL JUDGMENT IN CIVIL
CASE ON JURY VERDICT AND
PRE-TRIAL AND POST-TRIAL
RULINGS**

18

19

20

21

22

23

## JUDGMENT SUMMARY

1.    Judgment Creditor:                Meadow Valley Condominium Owners
                                        Association, as assignee of Hebert
                                        Construction, Inc., et al.

2.    Attorneys for Judgment Creditor:  Kenneth Hobbs
                                        Stafford Frey Cooper
                                        601 Union Street, Suite 3100
                                        Seattle, WA  98101-1374

FINAL JUDGMENT IN A CIVIL CASE - 1

C05-0388TJZ

103u3-026964  70772

STAFFORD FREY COOPER

PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

1    3.    Judgment Debtors:              St. Paul Fire and Marine Insurance Company
                                          and St. Paul Guardian Insurance Company
2
     4.    Attorneys for Judgment Debtors:    Stephanie Andersen
3                                             Gordon and Polscer, LLC
                                              1000 Second Avenue, Suite 1500
4                                             Seattle, WA 98104-1046

5    6.    Recovery Amounts
           a.    Property Damage                                    $   322,032.45
6          b.    Underlying Litigation Attorney's Fee Award            1,600,000.00
           c.    Interest on Recovery Amounts Prior to Judgment          372,137.06
7          d.    Attorney Fees to Establish Insurance Coverage           394,600.00
                 TOTAL                                                 2,688,769.50
8
     5.    Interest After Entry of Judgment:   At federal judgment rate on all recovery
9                                              amounts ot 4.99 %.

10                               **ORDER OF JUDGMENT**

11
          This matter was tried to a jury during September 2006.  By Special Verdict
12
     (9/28/06 Special Verdict, Docket No. 193), the jury determined the amount of property
13
     damage that happened during the effective dates of the insurance policy issued by St.
14
     Paul Guardian Insurance Company was $322,032.45.  Although the court directed the
15
     jury to also determine the amount of property damage that happened during the
16
     effective dates of the insurance policy issued by St. Paul Fire and Marine Insurance
17
     Company, the court dismissed claims related to that policy (9/22/06 Report of Trial
18
     Proceedings and 12/13/06 Minute Entry, Docket No. 233).  The jury determined there
19
     was no bad faith and no violation of the Consumer Protection Act, and therefore did not
20
     determine damages related to those claims.
21
          Before trial the court granted summary judgment to the judgment creditor that the
22
     underlying litigation attorney's fee award of $1,600,000 was a "cost taxed" under the
23

FINAL JUDGMENT IN A CIVIL CASE - 2

C05-0388TJZ

10363-026964  26772

**STAFFORD FREY COOPER**

PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101-1374
TEL 206.623.9900  FAX 206.624.6885

1   "additional payment" provisions of the St. Paul Guardian and St. Paul Fire policies

2   (9/7/06 Summary Judgment Order, Docket No. 141).  After trial, the court ruled the

3   "additional payment" provisions of the policies also provide coverage for interest that

4   has accrued from September 19, 2005, the date of entry of judgment in the underlying

5   litigation, on such property damage and costs taxed as are covered under each policy

6   (12/13/06 Minute Entry, Docket No. 233).  Interest reflected in the judgment summary is

7   calculated based on the sum of property damage ($322,032.45) plus the underlying

8   litigation attorney's fee award ($1,600,000) times 12% per annum for the 19 months and

9   11 days that have elapsed between 9/19/05 through 5/1/07.

10       The court determined the judgment creditor is entitled to recover attorney fees

11   incurred to establish insurance coverage pursuant to Olympic Steamship Company Inc.

12   v. Centennial Insurance Company, 117 Wn.2d 37, 811 P.2d 673 (1991). After allocation

13   between successful and unsuccessful claims, the court determined the amount of

14   reasonable attorney fees was $394,600 (12/13/06 Minute Entry, Docket No. 233,

15   2/15/07 Order, Docket No. 250).

16       The judgment creditor is entitled to continuing post-judgment interest on all

17   recovery amounts shown in the judgment summary, from the date of entry of the

18   judgment until paid, at the federal judgment rate in effect on the date of entry. 4.99% .

19       The portion of the judgment for property damage ($322,032.45) plus pre-

20   judgment interest on property damage ($62,350.74) is solely the obligation of St. Paul

21   Guardian Insurance Company. All other amounts are the joint and several obligation of

22   both judgment debtors.

23

FINAL JUDGMENT IN A CIVIL CASE - 3

C05-0388TJZ

10383-026964  7x771

STAFFORD FREY COOPER

PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

1    All other claims by and between these parties and all other parties have been

2    resolved pursuant to one or more settlements, and such claims are therefore dismissed

3    with prejudice and without costs taxed against any party.

4    DATED this ___ day of May, 2007.

5

6    _____
     Honorable Thomas S. Zilly
7    U.S. District Judge

8    Prepared and Presented By:

9    STAFFORD FREY COOPER

10

11   By: /s/ Kenneth F. Hobbs
     Kenneth Hobbs, WSBA No. 15309

12   Attorneys for Judgment Creditor
     601 Union Street, Suite 601
13   Seattle, Washington 98101
     Phone:  206.663.9900
14   Fax:  206.624.6885
     Email:  khobbs@staffordfrey.com
15

16

17

18

19

20

21

22

23

FINAL JUDGMENT IN A CIVIL CASE - 4

C05-0388TJZ

10383-025964  76772

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101-1374
TEL 206.623.9900  FAX 206.624.6885